# United States District Court

DISTRICT OF Rhode Island

St. Paul Travelers
Insurance Company

V.

Twin City Fire Insurance
Company and First State
Management Group, Inc.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: CA 05 400 T

TO: (Name and Address of Defendant)

Twin City Fire Insurance Company
c/o Insurance Commissioner
233 Richmond Street
Providence, RI

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Ronald Langlois
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 9/19/05

BY DEPUTY CLERK

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 9/20/05 |
| NAME OF SERVER (PRINT) Edwin J Semper Jr | TITLE Federal Process Server |

DISTRICT OF RHODE ISLAND

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served Twin City Fire Insurance Co, via AFS Insurance Commission 233 Richmond St Prov RI

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45 | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/20/05
*Date*

Edwin J Semper
*Signature of Server*

56 Hunters Ln N. Prov
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.