# United States District Court

DISTRICT OF Rhode Island

St. Paul Travelers Insurance Company

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

Twin City Fire Insurance Company and First State Management Group, Inc.

[redacted] 05 400 T

TO: (Name and Address of Defendant)

First State Management Group, Inc.
c/o Registered Agent
Corporation Service Co.
84 State Street
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Ronald Langlois
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 9/19/05

BY DEPUTY CLERK

OCTOBER 3, 2005

*QUICKSERV*

**ALLSTATE PROCESS SERVERS**

# RETURN OF SERVICE

*I this day summoned the within named* FIRST STATE MANAGEMENT GROUP, INC.
C/O REGISTERED AGENT CORPORATION SERVICE CO.

*by delivering to* BERNARDO MONTANEZ, PROCESS SPECIALIST, 10:35 AM

**X** *in hand*

*No.* 84 STATE STREET
*in the* BOSTON *District of said* SUFFOLK *County an attested copy of the SUMMONS & COMPLAINT*

*Service and travel* 28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of* 10 *miles in the service of this process*

[signature]

Process Server