UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
OCT 2005
Property of U.S. District Court
District of Rhode Island

ST. PAUL TRAVELERS INSURANCE COMPANY, Plaintiff

v.

TWIN CITY FIRE INSURANCE COMPANY AND FIRST STATE MANAGEMENT GROUP, INC., Defendants

C.A. No. 05-0400/T

STIPULATION

Plaintiff and defendants agree that defendants shall have an extension up to and including November 14, 2005 to respond to the complaint.

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
Attorneys for Plaintiff
One State Street, Suite 400
Providence, RI 02908
(401) 351-9970
(401) 274-6218

Brooks R. Magratten (US)
Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]

Date: October 19, 2005

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE: 10/26/05

CERTIFICATE OF SERVICE

To:

Ronald Langlois, Esq.
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908

I hereby certify that I served on the above-named counsel of record a copy of the within Stipulation by mailing first class mail, postage prepaid, on the 19th day of October, 2004.

Melanie Gosetto