UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ST. PAUL TRAVELERS
INSURANCE COMPANY

VS. C.A.NO: 05-400T

TWIN CITY FIRE INSURANCE
COMPANY and FIRST STATE
MANAGEMENT GROUP, INC.

**WITHDRAWAL OF APPEARANCE**

Now comes Ronald Langlois, Esquire, and hereby withdraws his appearance on behalf of Plaintiff, St. Paul Travelers Insurance Company, in the above-entitled matter. Successor counsel, Barbara Cohen, has already entered her appearance.

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

**CERTIFICATION**

I hereby certify that I mailed a true and accurate copy of the within to Brooks R. Magratten, Esquire, Vetter & White, 20 Washington Place, Providence, RI 02903 and Barbara S. Cohen, Esquire, Goldenberg & Muri, LLP, 10 Weybosset Street, Providence, RI 02903 on this 5 day of May, 2006.

Dana Palangio