UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ST. PAUL TRAVELERS
INSURANCE COMPANY

VS. C.A.NO: 05-400T

TWIN CITY FIRE INSURANCE
COMPANY and FIRST STATE
MANAGEMENT GROUP, INC.

**STIPULATION**

Now comes the parties in the above-captioned action and state that the Plaintiff, St. Paul Travelers Insurance Company, may have up to and including May 31, 2006 to respond to Defendant's Interrogatories and Request for Production of Documents.

Respectfully Submitted,
Plaintiff,
By their attorneys,

Barbara S. Cohen

Barbara Cohen, Esq.
Goldenberg & Muri, LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 421-7300
Fax: (401) 421-7352

Assented to:

Brooks Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Dated: 05/18, 2006