UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ST. PAUL TRAVELERS INSURANCE COMPANY, Plaintiff | ) | C.A. No. 05-0400/T |
| v. | ) | |
| TWIN CITY FIRE INSURANCE COMPANY and FIRST STATE MANAGEMENT GROUP, INC., Defendants | ) | STIPULATION |

Plaintiff and defendants agree that defendants shall have an extension up to and including August 7, 2006, to respond to plaintiff's first request for production of documents.

Barbara S. Cohen
Barbara S. Cohen, Esq., No. 2848
GOLDENBERG & MURI LLP
Attorneys for Plaintiff
Ten Weybosset Street
Providence, Rhode Island 02903
(401) 421-7300
(401) 421-7352 FAX

Brooks R. Magratten, Esq., No. 3585
Timothy M. Bliss, Esq., No. 6228
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: 06/29/06

## CERTIFICATE OF SERVICE

To:

Barbara S. Cohen, Esq.
Goldenberg & Muri LLP
10 Weybosset Street
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Stipulation by mailing first class mail, postage prepaid, on the 30th day of June, 2006.

/Melanie [signature]/