UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ST. PAUL TRAVELERS
INSURANCE COMPANY

Plaintiff,

vs. C. A. No. 05-0400-T

TWIN CITY FIRE INSURANCE
COMPANY and FIRST STATE
MANAGEMENT GROUP, INC.

Defendants.

**JOINT MOTION OF PLAINTIFF AND DEFENDANTS**
**FOR AN ASSENTED-TO PROTECTIVE ORDER**

For reasons more fully set forth in the accompanying Memorandum of Law, Plaintiff and Defendants jointly request that this Honorable Court enter an Assented-To Protective Order in substantially the form as that attached hereto as an Exhibit.

ST. PAUL TRAVELERS
INSURANCE COMPANY

By its attorney,

Barbara S. Cohen

Barbara S. Cohen (2848)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 421-7300
Fax: (401) 421-7352
Email: bsc@goldenberg-muri.com

TWIN CITY FIRE INSURANCE
COMPANY and FIRST STATE
MANAGEMENT GROUP, INC.
By their attorney,

Timothy M. Bliss

Brooks R. Magratten (3585)
Timothy M. Bliss (6228)
VETTER & WHITE
20 Washington Street
Providence, RI 02903
Tel: (401) 421-3060
Fax: (401) 272-6803
Email:

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of July, 2006, a copy of the within document was forwarded by first class mail, postage prepaid, to:

Brooks R. Magratten, Esq.
Timothy M. Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Jennifer Gagnon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ST. PAUL TRAVELERS
INSURANCE COMPANY

Plaintiff,

vs. C. A. No. 05-0400-T

TWIN CITY FIRE INSURANCE
COMPANY and FIRST STATE
MANAGEMENT GROUP, INC.

Defendants.

**MEMORANDUM OF LAW IN SUPPORT OF**
**JOINT MOTION OF PLAINTIFF AND DEFENDANTS**
**FOR AN ASSENTED-TO PROTECTIVE ORDER**

Both sides have promulgated discovery requests in this lawsuit which call for the production of documents and information which the party receiving the discovery requests considers to be confidential.

After conferring in good faith, as required by the provisions of Federal Rule of Civil Procedure 26(c), Plaintiff and Defendants jointly ask this Court to enter a Protective Order that will allow discovery to proceed in an orderly way and still protect the confidentiality interests of the parties.

In litigation, protective orders governing confidentiality of information are a favored device where discovery is sought of confidential information. Federal Open

Market Committee v. Merrill, 443 U.S. 340, 362 n.24 (1979); Charles A. Wright, Arthur R. Miller, and Richard L. Marcus, 8 Federal Practice and Procedure, § 2043, at 565 (2d ed. 1994).

Moreover, Courts look with particular favor on counsel for opposing parties agreeing to the terms of such an order. New Park Entertainment, L.L.C. v. Electric Factory Concerts, Inc., No. 98-775, 2000 U.S. Dist. Lexis 531, *18 (E.D.Pa. Jan. 13, 2000).

Accordingly, Plaintiff and Defendants respectfully request that this Honorable Court enter an Order in substantially the form that is attached hereto as Exhibit A.

ST. PAUL TRAVELERS
INSURANCE COMPANY

By its attorney,

Barbara S. Cohen

Barbara S. Cohen (2848)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 421-7300
Fax: (401) 421-7352
Email: bsc@goldenberg-muri.com

TWIN CITY FIRE INSURANCE
COMPANY and FIRST STATE
MANAGEMENT GROUP, INC.
By their attorney,

Timothy M. Bliss

Brooks R. Magratten (3585)
Timothy M. Bliss (6228)
VETTER & WHITE
20 Washington Street
Providence, RI 02903
Tel: (401) 421-3060
Fax: (401) 272-6803
Email:

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of July, 2006, a copy of the within document was forwarded by first class mail, postage prepaid, to:

Brooks R. Magratten, Esq.
Timothy M. Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Jennifer Gagnon