COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ST. PAUL TRAVELERS
INSURANCE COMPANY

Plaintiff,

vs. C. A. No. 05-0400-T

TWIN CITY FIRE INSURANCE
COMPANY and FIRST STATE
MANAGEMENT GROUP, INC.

Defendants.

**JOINT MOTION OF PLAINTIFF AND DEFENDANTS FOR AN ASSENTED-TO PROTECTIVE ORDER**

For reasons more fully set forth in the accompanying Memorandum of Law, Plaintiff and Defendants jointly request that this Honorable Court enter an Assented-To Protective Order in substantially the form as that attached hereto as an Exhibit.

ST. PAUL TRAVELERS
INSURANCE COMPANY

By its attorney,

Barbara S. Cohen

Barbara S. Cohen (2848)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 421-7300
Fax: (401) 421-7352
Email: bsc@goldenberg-muri.com

TWIN CITY FIRE INSURANCE
COMPANY and FIRST STATE
MANAGEMENT GROUP, INC.
By their attorney,

Timothy M. Bliss

Brooks R. Magratten (3585)
Timothy M. Bliss (6228)
VETTER & WHITE
20 Washington Street
Providence, RI 02903
Tel: (401) 421-3060
Fax: (401) 272-6803
Email:

**DENIED** WITHOUT PREJUDICE

Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
8/16/2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2006, a copy of the within document was forwarded by first class mail, postage prepaid, to:

Brooks R. Magratten, Esq.
Timothy M. Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Jennifer Gagnon