UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ST. PAUL TRAVELERS INSURANCE COMPANY, Plaintiff | ) | C.A. No. 05-0400/T |
| v. | ) | |
| TWIN CITY FIRE INSURANCE COMPANY and FIRST STATE MANAGEMENT GROUP, INC., Defendants | ) | STIPULATION |

Plaintiff and defendants agree that defendants shall have an extension up to and including September 6, 2006, to respond to plaintiff's second request for production of documents.

/s/Barbara S. Cohen
Barbara S. Cohen, Esq., No. 2848
GOLDENBERG & MURI LLP
Attorneys for Plaintiff
Ten Weybosset Street
Providence, Rhode Island 02903
(401) 421-7300
(401) 421-7352 FAX
bsc@goldenberg-muri.com

/s/Timothy M. Bliss
Brooks R. Magratten, Esq., No. 3585
Timothy M. Bliss, Esq., No. 6228
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: August 30, 2006

CERTIFICATE OF SERVICE

To:

Barbara S. Cohen, Esq.
Goldenberg & Muri LLP
10 Weybosset Street
Providence, RI 02903

I hereby certify that I electronically filed this Stipulation on August 30, 2006. The Stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record has been effectuated by electronic means.

/s/Timothy M. Bliss