UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ST. PAUL TRAVELERS
INSURANCE COMPANY

Plaintiff,

vs. C. A. No. 05-0400-T

TWIN CITY FIRE INSURANCE
COMPANY and FIRST STATE
MANAGEMENT GROUP, INC.

Defendants.

**STIPULATION OF DISMISSAL**

The plaintiff and the defendants hereby stipulate as follows:

Pursuant to Rule 41(a)(1)(ii), the within action may be and hereby is dismissed with prejudice; no interest or costs to any party.

ST. PAUL TRAVELERS
INSURANCE COMPANY

By its attorney,

/s/ Barbara S. Cohen
Barbara S. Cohen (2848)
GOLDENBERG & MURI LLP
10 Weybosset Street
Providence, RI 02903
Tel: (401) 421-7300
Fax: (401) 421-7352
Email: bsc@goldenberg-muri.com

TWIN CITY FIRE INSURANCE
COMPANY and FIRST STATE
MANAGEMENT GROUP, INC.
By their attorney,

/s/ Timothy M. Bliss
Brooks R. Magratten (3585)
Timothy M. Bliss (6228)
VETTER & WHITE
20 Washington Street
Providence, RI 02903
Tel: (401) 421-3060
Fax: (401) 272-6803
Email: bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

BY ORDER:

______________________

ENTER:

__________________________
Ernest C. Torres
United States District Judge

Date: ______________________